IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CHARLES DAVIS, and
MARY DAVIS,

    Plaintiffs,

v.                                        No. 2:18-cv-02056-SHM-tmp

UNITED STATES OF AMERICA,

    Defendant.

## NOTICE OF SETTLEMENT

    Pursuant to Local Rule 83.13, Plaintiffs, by and through counsel of record, give notice to the Court that the parties have reached a settlement in this case. Once the proceeds are received, the parties will seek a dismissal of this action.

                        Respectfully submitted,

                        LAW OFFICE OF LOUIS P. CHIOZZA, JR.
                        & ASSOCIATES

                        BY: s/Louis P. Chiozza, Jr.
                        Attorney for Plaintiff
                        230 Adams Avenue
                        Memphis, Tennessee 38103
                        Office: (901) 526-9494
                        Fax: (901) 526-9970
                        Lou@chiozzalaw.com

## CERTIFICATE OF SERVICE

    I, Louis P. Chiozza, Jr., Attorney for Plaintiff, certify that the foregoing has been electronically filed on this date. I further certify that to the best of my knowledge, a true and correct copy of the foregoing, along with a Notice of Electronic Filing, will be served electronically through the Court's ECF system to Stuart Canale, Assistant U.S. Attorney for the Defendant.

1

                                                s/Louis P. Chiozza, Jr.
                                                Attorney for Plaintiff

                                                Date:  March 16, 2020